BACON *vs.* HUIE.

APPEAL FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

The plaintiff made proof of demand and notice to the endorser, and had judgment, which is affirmed with the maximum of damages.

This is an action against the endorser of a promissory note. The defendant pleaded a general denial, admitted his signature, and prayed for a jury. On the trial, the plaintiff produced the note, protest and notice thereof to the endorser, and had a verdict and judgment. The defendant obtained an appeal, but made no defence in this court.

*Sterrett,* for the appellant.

*F. B. Conrad,* contra.

*Morphy, J.,* delivered the opinion of the court.

The defendant is sued, as endorser of a promissory note, and the proof of demand and notice, has been made out by plaintiff. We are asked to give damages as on a frivolous appeal. The appellee is, in our opinion, entitled to them.

It is, therefore, ordered, adjudged and decreed, that the judgment of the court below, be affirmed, with costs, and ten per cent. damages on the amount of the note sued on.